Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





JEREMY RUSSELL MELVIN,


 Appellant,


v.


THE STATE OF TEXAS,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00199-CR



Appeal from


 Criminal District Court No. 3


of Tarrant County, Texas


(TC # 1010798D)




MEMORANDUM OPINION



 Pending before the Court is a motion to dismiss filed by the Appellant pursuant to
Tex.R.App.P. 42.2(a). Appellant has personally signed the withdrawal of the notice of appeal and
has filed it filed prior to the appellate court's decision. Further, Appellant filed a duplicate copy of
the motion with this Court and that copy has been forwarded to the trial court clerk. Because
Appellant has established compliance with the requirements of Rule 42.2(a), we dismiss the appeal. 


October 11, 2007 
 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)